UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **PERRY PEARCE BENTON,** | * | Case No.: 3:07-cv-00493 |
| **Individually and as Administrator** | * | |
| **Of the Estate of Robert McIntyre** | * | |
| **Pearce, Deceased,** | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | |
| v. | * | |
| | * | |
| **GUIDANT CORPORATION, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel, Wesley Chadwick Cook of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and hereby gives the Court notice of appearance as **additional** counsel on behalf of Plaintiff in this cause.

Dated: July 10, 2007

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**

*/s/ Wesley Chadwick Cook*
Wesley Chadwick Cook (ASB 9513-L71C)
Post Office Box 4160
Montgomery, Alabama  36103-4160
Telephone:  (334) 269-2343
Facsimile:   (334) 954-7555
Email: chad.cook@beasleyallen.com

**ATTORNEY FOR PLAINTIFF**

## Certificate of Service

I hereby certify that on July 10, 2007, I caused the following document:

- Notice of Appearance

to be electronically filed with the Clerk of Court through the Court's ECF system and that ECF will send an electronic notice of the filing to the following attorneys:

- Ted G. Meadows (ted.meadows@beasleyallen.com)

and that I have sent, via First-Class U.S. Mail, a true and correct copy of same to the following:

*Attorney for Guidant Corporation,*
*Cardiac Pacemakers, Inc., Guidant Sales*
*Corporation and Boston Scientific Corporation*

Timothy A. Pratt, Esq.
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613

                                                 /s/ *Wesley Chadwick Cook*
                                                 OF COUNSEL