A CERTIFIED TRUE COPY
JUL 1 3 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1708

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-37)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 425 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

July 19 - 07

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCANNED
JUL 19 2007
U.S. DISTRICT COURT MPLS

## SCHEDULE CTO-37 - TAG-ALONG ACTIONS
### DOCKET NO. 1708
### IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 3  07-493 | Perry Pearce Benton, etc. v. Guidant Corp., et al. | 07-3239 |
| **CALIFORNIA CENTRAL** | | |
| CAC 5  07-690 | Dawn Denise Bianchini, et al. v. Guidant Corp., et al. | 07-3241 |
| **FLORIDA MIDDLE** | | |
| FLM 2  07-363 | Susan Lynn McHale, et al. v. Guidant Corp., et al. | 07-3381 |
| FLM 3  07-453 | James W. Bell, et al. v. Guidant Corp., et al. | 07-3382 |
| FLM 8  07-982 | Carol Sheffield, etc. v. Guidant Corp., et al. | 07-3383 |
| **FLORIDA NORTHERN** | | |
| FLN 3  07-238 | Eileen Loeffler, et al. v. Guidant Corp., et al. | 07-3384 |
| **FLORIDA SOUTHERN** | | |
| FLS 1  07-21419 | Vista Healthplan, Inc., et al. v. Guidant Corp., et al. | 07-3385 |
| FLS 9  07-80481 | Matthew F. Bressler, etc. v. Guidant Corp., et al. | 07-3387 |
| **ILLINOIS SOUTHERN** | | |
| ILS 3  07-377 | Loretta Davis-Jackson, etc. v. Guidant Corp., et al. | 07-3388 |
| **NEW JERSEY** | | |
| NJ 2  07-2630 | Milton Resnick, etc. v. Guidant Corp., et al. | 07-3389 |
| NJ 3  07-2737 | Mary Barker, etc. v. Guidant Corp., et al. | 07-3390 |
| **OHIO NORTHERN** | | |
| OHN 1  07-1567 | Lisa Ann Evison, etc. v. Boston Scientific Corp., et al. | 07-3393 |
| OHN 5  07-1779 | Jeanene Sechler, etc. v. Guidant Corp., et al. | 07-3394 |
| **OHIO SOUTHERN** | | |
| OHS 1  07-421 | Diana I. Fields, etc. v. Boston Scientific Corp., et al. | 07-3395 |
| OHS 1  07-467 | Louella Sexton v. Guidant Corp., et al. | 07-3397 |
| OHS 1  07-468 | Betty R. Shouse, etc. v. Guidant Corp., et al. | 07-3398 |
| OHS 2  07-496 | John M. Houck, etc. v. Boston Scientific Corp., et al. | 07-3399 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2  07-2243 | Elanda M. Thompson-Oliphant, etc. v. Boston Scientific Corp., et al. | 07-3400 |
| PAE 2  07-2344 | Albert R. Aspinall, et al. v. Boston Scientific Corp., et al. | 07-3401 |
| **TEXAS WESTERN** | | |
| ~~TXW 5  07-506~~ | ~~Ramona Jenkins, et al. v. Guidant Corp., et al.~~ Opposed 7/11/07 | |