**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 23, 2007

# NOTICE OF MDL FILE TRANSFER

Richard D. Sletten, Clerk
United States District Court
District of Minnesota
300 S. Fourth Street, Room 202
Minneapolis, MN 55415

In Re:   MDL 1708 - Guidant Corp. Implantable Defibrillators Products Liability
            Litigation
            Your Case No. 07-3239 DWF/AJB
            MD of AL No. 3:07cv493 Benton v. Guidant Corporation, et al.

In response to your letter dated July 19, 2007, please find a certified copy of the docket sheet together with a copy of your transfer letter.

Please acknowledge receipt by returning a copy of this notice.

                                                               Sincerely,
                                                               Debra P. Hackett, Clerk

                                                               By:
                                                                       Deputy Clerk

Enclosure